■ In the Matter of LARRY WELTMAN et al., Petitioners, v BERNARD J. FRIED et al., Respondents. [713 NYS2d 472] —Application for an order pursuant to CPLR article 78 denied and the petition dismissed, without prejudice to petitioners raising the same or similar arguments on direct appeal, if any, from the final judgment in the underlying criminal matter entitled *People v Jack Banks and Larry Weltman*, New York County Indictment No. 1138/2000, without costs or disbursements. No opinion. Concur—Lerner, J. P., Andrias, Saxe, Buckley and Friedman, JJ.